UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEBRA A. SIMPSON, | ) | Case No.: 5:06 CV 2847 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant | ) | ORDER |

The court, having affirmed the Administrative Law Judge's decision that Plaintiff is not entitled to disability insurance benefits or supplemental security income in a separate Order of this same date, hereby enters judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 14, 2008